## United States District Court District of Puerto Rico

### AFFIDAVIT

I, Michael Villanueva Acevedo, a Special Agent with the Department of Homeland Security Investigations, hereinafter referred to as HSI, being duly sworn, depose and state as follows:

### BACKGROUND

1. I am a Special Agent of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), San Juan, Puerto Rico and have been so employed since 2022. I am an investigative or law enforcement officer of the United States who is empowered to conduct investigations of or to make arrests for offenses enumerated in 18 U.S.C. § 2516. As a Special Agent, my responsibilities include conducting investigations of the alleged manufacture, distribution and possession of controlled substances, importation of controlled substances, smuggling of goods into the United States, firearm's violations, and other related offenses.

2. I have attended the Homeland Security Investigations Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center in Glynco, Georgia. I was trained in conducting investigations related to general violations and narcotics smuggling, which includes distribution activities where investigations commonly conducted are related to violations of Titles 8, 18, 19, 21 and 31 of the United States Code (USC). I have had approximately 600 hours of training by the Georgia Peace Officer Standards and Training Council (POST). I am a graduate of Savannah State University with a Bachelor of Science in Criminal Justice. I served as a Police Officer with the Savannah Police Department for approximately three years. I have participated in the execution of numerous search/arrest

warrants throughout the city of Savannah, Georgia and as a result, have participated in the seizure of evidence to include firearms and narcotics.

3.  Because this affidavit is submitted for the limited purpose of establishing probable cause justifying the issuance of an arrest warrant, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

4.  The facts and information contained in this affidavit are based on my personal knowledge, as well as upon information received in my official capacity from other individuals, including other federal, state, and local law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint charging Yoan Smith SEGURA Moreno for 18 U.S.C. § 922(g)(5)– Possession of a firearm by a prohibited person. I have set forth only the facts that I believe are necessary to establish probable cause to support this criminal complaint.

## Facts In Support of Probable Cause For Criminal Complaint

5.  On March 13, 2025, at approximately 1550 hours, Puerto Rico Police Bureau (PRPB) agents were conducting preventative patrols in the area of Robles Street in Capetillo Rio Piedras in San Juan, Puerto Rico.

6.  Because of the odor of marihuana, a PRPB agent on a motorcycle got behind a parked vehicle and, as he approached the vehicle, was able to see the front passenger smoking what he recognized as a marihuana blunt. The agents gave commands and told the driver and passenger to step away from the vehicle. The agents patted the subjects down for

weapons and were able to find a Kimber Micro 9 KHX pistol (Serial Number: PB0227707) in the waistband of the driver later identified as Yoan Smith SEGURA-Moreno. PRPB agents searched the vehicle and were able to find marihuana throughout the vehicle accessible to both parties. In total, PRPB agents found twenty-two (22) (.9mm) rounds eighteen (18) of those being inside a cross-body bag on the back seat of the vehicle and one magazine which was inserted in the pistol with four (4) rounds.

7.  SEGURA-Moreno was taken to the Rio Piedras PRPB Precinct where Homeland Security Investigations agents responded.

8.  SEGURA-Moreno read his Miranda rights in Spanish and waived his Miranda rights. SEGURA Moreno stated he was in a vehicle with the windows rolled down smoking. SEGURA Moreno did not have a license for the marihuana. SEGURA-Moreno stated the passenger was smoking when the PRPB agent made contact with the passenger. When they were patted down, officers found a Kimber Micro 9 KHX (Serial Number: PB0227707) on SEGURA-Moreno's person. SEGURA Moreno stated the marihuana was gifted to him and that he found the firearm by a lagoon near the Mall of San Juan. SEGURA-Moreno agreed with HSI agents about knowing it was a crime to possess a firearm without a license.

9.  Record checks revealed that SEGURA-Moreno is citizen of the Dominican Republic and that he had a (B1) Business/(B2) Tourism VISA which expired on July 15, 2024. SEGURA-Moreno stated he was thinking about finding a way to go back to the Dominican Republic and that he was "illegal".

10. Because SEGURA-Moreno overstayed his visa, he is illegally and unlawfully in the United States.

11. Record checks of the firearm revealed that it was reported stolen. Below you will see a

picture of the firearm:



12. Based on the foregoing facts and circumstances, your affiant submits that probable cause exists to believe that Yoan Smith SEGURA Moreno violated 18 U.S.C. § 922(g)(5)–Possession of a firearm by a prohibited person (illegal alien).

I declare that the foregoing is true and correct to the best of my knowledge.

Michael Villanueva
Special Agent
Homeland Security Investigations

Sworn pursuant to FRCP 4.1 at *12:10 PM* by telephone, this *14th* day of

March 2025.

Marcos E. López.
United States Magistrate *Judge*
~~Judge~~ District of Puerto Rico